**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHANG LIU,<br><br>       Plaintiff,<br><br>   -v-<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC; and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Civil Action No. 1:26-cv-1548 |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.      Experian and Equifax Information Services, LLC ("Equifax,") are named Defendants in Case Index No. 737900/2025 filed on or about February 23, 2026 by Plaintiff Shang Liu ("Plaintiff") in the Supreme Court of the State of New York, Queens County (the "State Court Action").

2.      Experian was served on February 24, 2026.

3.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, as required by 28 U.S.C. § 1446(b).

4.      This Court is the proper district court for removal because the State Court Action is pending within this district, and Plaintiff's Complaint alleges that Plaintiff resides within this district.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).  Upon information and belief, Equifax is also a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.      The claims for relief against all Defendants in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a)

8.      As of the date of this Notice, all defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the

above-captioned action to this Court. Equifax's consent to removal is attached hereto as Exhibit B.

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through Plaintiff's attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: March 16, 2026                    Respectfully submitted,

                                         *s/ Brian W. Carroll*
                                         Brian W. Carroll
                                         McCARTER & ENGLISH, LLP
                                         250 W 55th Street, 13th Floor
                                         New York, NY 10019
                                         Tel: (973) 639-2020
                                         Email: bcarroll@mccarter.com

                                         *Counsel for Defendant*
                                         *Experian Information Solutions, Inc.*